# Case Information

**Local Case Number:** 2026-082124-SP-23

**Filing Date:** 06/22/2026

**Case Type:** SP Other Negligence (Up to $5,000)

**State Case Number:** 132026SC08212401GE23

**Judicial Section:** CG 03 - Coral Gables 03 - Judge Marino Pedraza, Patricia

**Consolidated Case No.:**

**Case Style:** Natacha Ilarion vs Equifax Information Services LLC

**Case Status:** OPEN

# Related Cases

No data available

# Hearing Details

**Hearing Date:** 07/28/2026

**Description:** Small Claims Pre-Trial Conference

**Hearing Time:** 1:30PM

**Hearing Location:** Coral Gables Courtroom 01-1 3100 Ponce de Leon

**Hearing Code:** SPPTC

# Parties

| Party Description | Party Name | Attorney Information | Other Attorney(s) |
|---|---|---|---|
| Plaintiff | Ilarion, Natacha | **B#:** 125159 Walters, Cortney E, ESQ | |
| Defendant | Equifax Information Services LLC | | |

# Dockets

| DIN | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| | 07/28/2026 | | Small Claims Pre-Trial Conference | Hearing | Scheduled by CITeS County Civil Small Claims Auto-Scheduler Job. |
| 8 | 06/26/2026 | | Receipt: | Event | Receipt#:3230196 Amt Paid:$10.00 Name:WALTERS, CORTNEY E, ESQ THE LAW OFFICE OF CORTNEY E. WALTERS, PLLC 2719 HO HOLLYWOOD FL 33020 Comment: Allocation Code Quantity Unit Amount 2139-Summons Issue Fee 1 $10.00 $10.00 Tender Type:eFilings Tender Amt:$10.00 Receipt Date:06/26/2026 Register#:323 Cashier:EFilingUser EFiling #:251164817 |
| 7 | 06/25/2026 | | Electronic Summons Email Notification Sent | Event | Cortney Elizabeth Walters |
| | 06/25/2026 | | SP Pre Trial Summons Issued | Service | |
| 6 | 06/25/2026 | | EPre Trial Summons Issued | Event | Re: Index # 5. |
| 5 | 06/25/2026 | | EPre Trial Summons Received | Event | |
| 4 | 06/24/2026 | | Receipt: | Event | Receipt#:3190206 Amt Paid:$175.00 Name:WALTERS, CORTNEY E, ESQ THE LAW OFFICE OF CORTNEY E. WALTERS, PLLC 2719 HO HOLLYWOOD FL 33020 Comment: Allocation Code Quantity Unit Amount 2100-County Filing Fee 1 $175.00 $175.00 Tender Type:eFilings Tender Amt:$175.00 Receipt Date:06/24/2026 Register#:319 Cashier:EFilingUser EFiling #:250906350 |

Case 1:26-cv-24892-CMA   Document 1-2   Entered on FLSD Docket 07/20/2026   Page 2 of 2

| DIN | Date | Book/Page | Docket Entry | Event Type | Comments |
|-----|------|-----------|--------------|------------|----------|
| 2 | 06/22/2026 | | Statement of Claim | Event | |
| 1 | 06/22/2026 | | Civil Cover Sheet - Claim Amount | Event | |